UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS ALLEN MARLOW,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

Case No. 13-11276

Paul D. Borman
United States District Judge

Mona K. Majzoub
United States Magistrate Judge

OPINION AND ORDER (1) ADOPTING MAGISTRATE JUDGE MAJZOUB'S JANUARY 15, 2014 REPORT AND RECOMMENDATION (ECF NO. 17), (2) DENYING PLAINTIFF'S MOTION FOR REMAND PURSUANT TO SENTENCE FOUR (ECF NO. 13) AND (3) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 15)

On January 15, 2014, Magistrate Judge Mona K. Majzoub issued a Report and Recommendation to deny Plaintiff's Motion for Remand Pursuant to Sentence Four (ECF No. 13) and to grant Defendant's Motion for Summary Judgment (ECF No. 15). Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation, DENIES Plaintiff's Motion to Remand Pursuant to Sentence Four, GRANTS Defendant's Motion for Summary Judgment and AFFIRMS the final judgment of the Commissioner pursuant to 42 U.S.C. § 405(g). IT IS SO ORDERED.

                                      s/Paul D. Borman
                                      Paul D. Borman
                                      United States District Judge

Dated: February 13, 2014

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on February 13, 2014.

                                        s/Deborah Tofil
                                        Case Manager